**DISMISS; and Opinion Filed June 8, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00275-CR
No. 05-15-00277-CR

**WESLEY GERARD JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60306-P, F12-16783-P**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150275F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

WESLEY GERARD JONES, Appellant

No. 05-15-00275-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-60306-P.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 8th day of June, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WESLEY GERARD JONES, Appellant

No. 05-15-00277-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-16783-P.
Opinion delivered per curiam before Justices
Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 8th day of June, 2015.